```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JOSEPH DOWNS, et al.          :   CIVIL ACTION
                              :
        v.                    :
                              :
PETER J. ANDREWS, et al.      :   NO. 13-5788
```

ORDER

AND NOW, this 18th day of December, 2014, upon consideration of the Motion of Defendants to Consolidate Cases, Dismiss the Complaint Pursuant to F.R.C.P. 12(b)(2), (3), (6) and (7), Alternatively for Dismissal/Transfer Pursuant to 28 U.S.C.S. §§ 1404(a) and 1391 and for an Award of Attorneys' Fees Pursuant to the Underlying Contract (Docket No. 13), the plaintiffs' response in opposition to the defendants' motion, the plaintiffs' supplemental exhibits, the defendants' reply brief in support of their motion, and after oral argument held on December 3, 2014, for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendants' motion is GRANTED in part and DENIED in part. The motion is granted to the extent it seeks dismissal of the plaintiffs' complaint. It is denied to the extent it seeks attorneys' fees.

```
                              BY THE COURT:


                              /s/Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```